No. 48999.—Protests 62526–K, etc., of Porter (Phila.), Inc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the weight of said paper tubes is 4 percent of the combined weight, as shown by schedule attached to decision. Following *Perseverance Import Corp.* v. *United States* (T. D. 49290), which record was incorporated herein, the protests were sustained as to the claim made but overruled in all other respects.

NOVEMBER 24, 1943

No. 49000.——Protests 29945–K, etc., of Columbia Co. et al. Plaintiffs' application for rehearing granted.

NOVEMBER 26, 1943

No. 49001.——Protests 54103–K, etc., of Universal Carloading & Distributing Co., Inc., et al. C. D. 805. Plaintiffs' application for rehearing denied.

BEFORE THE SECOND DIVISION, DECEMBER 1, 1943

No. 49002.—Protests 621753–G, etc., of Stern McGivney & Co. et al. (San Francisco).

Opinion by TILSON, J. The record showed that certain of the hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), which record was incorporated herein. In accordance therewith the claim at only 25 percent was therefore sustained.

No. 49003.—Protest 633123–G of Henry Pollack, Inc. (San Francisco).

Opinion by TILSON, J. It was stipulated that the hats in question are similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted in evidence herein. In accordance therewith the claim at only 25 percent was sustained.

No. 49004.—Protests 748141–G (A), etc., of Caradine Hat Co. (Los Angeles).

Opinion by TILSON, J. It was stipulated that the hats in question consist of 8-bu. paper hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the record in which case was admitted in evidence herein. In accordance therewith the claim at only 25 percent was sustained.